1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

CENTRAL DISTRICT OF CALIFORNIA

8
9

ANNETTE OTERO for                    )          Case No. EDCV 05-842-JWJ
BENJAMIN HERNANDEZ,            )

10
                                                         )
                  Plaintiff,                      )          JUDGMENT

11
                                                         )
          vs.                                         )

12
                                                         )
MICHAEL J. ASTRUE,[1]                )

13
Commissioner of the Social          )
Security Administration,                )

14
                                                         )
                  Defendant.                   )

15
                                                         )
16
17

          IT IS ADJUDGED that the decision of the Administrative Law Judge

18

is AFFIRMED.

19

DATED:  February 28, 2008

20
21

_____
                    /s/
JEFFREY W. JOHNSON
United States Magistrate Judge

22
23
24
25

          [1]  Michael J. Astrue became the Commissioner of Social Security on

26

February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
Procedure, Michael J. Astrue should be substituted in place of Commissioner

27

Jo Anne B. Barnhart as defendant in this action. No further action need be
taken to continue this suit by reason of the last sentence of 42 U.S.C.

28

§ 405(g).

1